**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROOKE MURPHY d/b/a/ MEADOWLANDS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ERIC G. ZAJAC and ZAJAC, ARIAS & TRICHON, P.C.,<br><br>Defendants. | Civil Action No. 13-4981<br><br><br>**ORDER** |

This matter comes before the Court by way of Defendants Eric G. Zajac ("Zajac") and Zajac, Arias & Tichon, P.C., (collectively "Defendants")'s motion to dismiss or transfer venue to This Court referred Defendants' motion to the Honorable Joseph A. Dickson, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B).  Defendants filed an objection to Judge Dickson's Report and Recommendation.  For the reasons set forth in this Court's corresponding Opinion,

IT IS on this _4_ day of **June, 2014**,

**ORDERED** that this Court adopts Judge Dickson's Report and Recommendation of April 17, 2014 as its findings of fact and conclusions of law; and it is further

**ORDERED** that Defendants' motion to dismiss or transfer venue (CM/ECF No. 35) is DENIED.

**IT IS SO ORDERED.**

Jose L. Linares
United States District Judge